In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00194-CR**
_____

**JOHN DEE WETER JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-08-08092-CR**

**MEMORANDUM OPINION**

On May 29, 2019, the State filed a motion to abate, in which the State indicated that the appellant, John Dee Weter Jr., is deceased. Because the death occurred after Weter perfected the appeal and before we issued our mandate, the appeal must be permanently abated. *See* Tex. R. App. P. 7.1(a)(2). Accordingly, we permanently abate the appeal.

APPEAL PERMANENTLY ABATED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on June 11, 2019
Opinion Delivered June 12, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2